HAROLD HECHT, Respondent, v. UNIVERSAL EXCHANGE BANK, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WINIFRED HURLEY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict as to the condition of the sidewalk is against the weight of the evidence, and, therefore, no negligence is established on the part of the city. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAURA D. WILCK, Appellant, v. MARGARETTA TUTTLE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY STEVENSON, as Administratrix de Bonis Non, etc., of THOMAS STEVENSON, Deceased, Respondent, v. JAMES BUTLER, INC., and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $8,896.94; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent and vote to reverse and grant new trial as to the defendant James Butler, Inc., on the ground that the verdict is against the weight of the evidence. Settle order on notice.

ARTHUR H. LAMBORN and Others, Doing Business under the Firm Name, etc., Appellants, v. JACOB COHEN, Also Known as JACK COHEN, Respondent.— Orders affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE A. EVALENKO, Respondent, v. ROBERT M. CATTS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVELYN PILLARELLA, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $200; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent and vote to affirm the judgment on the verdict. Settle order on notice.

COPLAY CEMENT MANUFACTURING COMPANY, Respondent, v. FERDINAND L. LOEB and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LIBERTY ADJUSTMENT COMPANY, INC., Respondent, v. MAURICE GILLETTE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent.

KILIAN J. O'BOYLE, an Infant, by ANDREW J. O'BOYLE, His Guardian ad Litem, etc., Respondent, v. BOUDIN CONSTRUCTION COMPANY, Appellant, Impleaded